**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-62603-CIV-JTK**

**STEVEN JEAN**,

Petitioner,

v.

**FIELD OFFICE DIRECTOR**,
Miami field Office, *et al.,*

Respondents.
_____________________________________/

**ORDER DISMISSING CASE**

**THIS CAUSE** comes before the Court *sua sponte* on Petitioner Steven Jean's Notice of Voluntary Dismissal Without Prejudice [ECF 8]. After a review of the record, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** the case.

DONE in Chambers in Fort Lauderdale, Florida, this 6th day of October, 2026.

**JEFFREY T. KUNTZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record